# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Williams Building Company, Inc. | ) | ASBCA Nos. 59421, 59628, 59631 |
| | ) | 59741, 59742, 59854 |
| | ) | 59855, 59874, 59875 |
| | ) | 60298 |
| Under Contract No. W912WJ-11-C-0015 | ) | |

APPEARANCE FOR THE APPELLANT: Kevin M. Cox, Esq.
  Carmado Law Firm, P.C.
  Auburn, NY

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Kathleen M. Pendergast, Esq.
  Ryan T. Killman, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, New England

## OPINION BY ADMINISTRATIVE JUDGE O'SULLIVAN

The parties have settled their dispute and requested that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,800,000.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 13 December 2015 until date of payment.

Dated: 17 December 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
MARK N. STEMPLER                            RICHARD SHACKLEFORD
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 59421, 59628, 59631,
59741, 59742, 59854, 59855, 59874, 59875, 60298, Appeals of Williams Building
Company, Inc., rendered in conformance with the Board's Charter.

        Dated:


                                    _____
                                    JEFFREY D. GARDIN
                                    Recorder, Armed Services
                                    Board of Contract Appeals

2